# United States District Court
# Central District of California

| | |
|---|---|
| ANNA BROWNSTEIN,<br><br>           Plaintiff,<br><br>     v.<br><br>CITIMORTGAGE, INC.; DOES 1-10<br><br>           Defendants. | Case № 2:15-cv-00092-ODW(AGRx)<br><br>**ORDER DENYING PLAINTIFF'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE REGARDING PRELIMINARY INJUNCTION [12]** |

    On January 12, 2015, Plaintiff filed an Ex Parte Application for Temporary Restraining Order and Order to Show Cause Regarding Preliminary Injunction. (ECF No. 12.) The following day, the Court denied Plaintiff's Application. (ECF No. 11.) Today, January 14, 2015, Plaintiff has filed a largely identical Ex Parte Application for Temporary Restraining Order and Order to Show Cause Regarding Preliminary Injunction. (ECF No. 12.) Additionally, Plaintiff filed a Declaration of Terrance Forbes in support of her most recent Ex Parte Application for a TRO. (ECF No. 12.) Neither the new Application nor Declaration has persuaded the Court to reverse its decision.

    In the January 13, 2015 Order denying Plaintiff's first Ex Parte Application for a TRO, the Court found that "Plaintiff has failed to demonstrate the first of four

elements required to obtain a preliminary injunction: likelihood of success on the merits." (Order, 3.) Plaintiff argued that the Court should prevent CitiMortgage from conducting a foreclosure sale because her loan modification application is currently under review. (TRO App., 1.) The Court found this argument unpersuasive because on December 5, 2014, Citi notified Plaintiff that the Trustee's Sale of her home had been postponed from December 12, 2014 to January 16, 2015. (*Id.*, Ex. D.)

Plaintiff's new Ex Parte Application for a TRO does not contain any new allegations or documentation. Therefore, for the reasons more thoroughly articulated in the January 13, 2015 Order and briefly summarized here, the Court **DENIES** Plaintiff's Ex Parte Application for Temporary Restraining Order and Order to Show Cause Regarding Preliminary Injunction. (ECF No. 12.)

**IT IS SO ORDERED.**

January 14, 2015

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**