1  Anna M. Bronstein
2  379 W. Walnut Street
   Pasadena, CA 91103
3  Phone: abronst999@gmail.com
4  Email: 626-344-8450

5  Plaintiff in Pro Se

FILED
2015 JAN 21 PM 3:08
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: _____

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| **ANNA BRONSTEIN**<br>        Plaintiff,<br><br>vs.<br><br>**CITIMORTGAGE, INC.; and DOES 1-10, inclusive**<br>        Defendants | Case No. : 2:15-cv-00092-ODW-AGR<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**<br><br>Hon. Otis D. Wright, II<br><br>Action Filed: January 06, 2015<br><br>No Trial Date Yet Assigned |

   **PLEASE TAKE NOTICE** that Plaintiff Anna Bronstein ("Plaintiff"), pursuant to Federal Rule of Civil Procedure 41(a) (1), hereby voluntarily dismisses the action in its entirety *without prejudice*.

   Federal Rule of Civil Procedure 41(a) (1) provides, in relevant part:

   (a) Voluntary Dismissal.

       (1) By the Plaintiff.

           (A) Without a Court Order. Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without an court order by filing:

---

1
Notice of Voluntary Dismissal

    (i)  a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

    \*      \*      \*

  Defendants have neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without prejudice and without an Order of the Court.

Dated: January 20, 2015

_____
Anna Bronstein – Plaintiff in Pro Se

PROOF OF SERVICE

I, Terrance Forbes, declare:

I am over the age of eighteen and am not a party within this action. Such correspondence is deposited with the United States Postal Service the same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

On January 20, 2015 I served the following documents:

- **Plaintiff's Notice of Voluntary Dismissal Without Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1).**

On all interest parties in this action by fax and by placing a true copy thereof enclosed and sealed envelopes address as follows:

**SEE ATTACHED MAILING LIST**

Executed on January 20, 2015 at Pasadena, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_TerranceForbes_
Terrance Forbes

MAILING LIST

CitiMortgage, Inc.
1000 Technology Drive
O'Fallon, MO 63368
Fax: 636-261-6518